**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Parr*, Slip Opinion No. 2020-Ohio-5130.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-5130

THE STATE OF OHIO, APPELLEE, *v*. PARR, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Parr*, Slip Opinion No. 2020-Ohio-5130.]**

*Court of appeals' judgment affirmed on the authority of* State v. Brown— *Discretionary appeal dismissed as having been improvidently accepted.*

(Nos. 2019-1428 and 2019-1597—Submitted October 27, 2020—Decided November 4, 2020.)

CERTIFIED by and APPEAL from the Court of Appeals for Franklin County, No. 17AP-782, 2019-Ohio-4011.

_____

{¶ 1} In case No. 2019-1428, the judgment of the court of appeals is affirmed on the authority of *State v. Brown*, ___ Ohio St.3d ___, 2020-Ohio-4623, ___ N.E.3d ___.

{¶ 2} The discretionary appeal in case No. 2019-1597 is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DeWINE, DONNELLY, and STEWART, JJ., concur.

————————————

Ron O'Brien, Franklin County Prosecuting Attorney, and Michael P. Walton, Assistant Prosecuting Attorney, for appellee.

Yeura R. Venters, Franklin County Public Defender, and Timothy E. Pierce, Assistant Public Defender, for appellant, Robert J. Parr.

————————————